# NO. 12-21-00128-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *BRUCE BECKER,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Relator, Bruce Becker, filed a motion to dismiss this original proceeding. No decision has been delivered in this proceeding.[1] Accordingly, Relator's motion to dismiss is granted, and the petition for writ of mandamus is ***dismissed***.

Opinion delivered August 18, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Floyd T. Getz, Judge of the County Court at Law No. 3 in Smith County, Texas. Andres Santoyo is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 18, 2021**

**NO. 12-21-00128-CV**

**BRUCE BECKER,**
Relator
V.

**HON. FLOYD T. GETZ,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the motion to dismiss filed by Bruce Becker; who is the relator in appellate cause number 12-21-00128-CV and the plaintiff in trial court cause number 73154-B, pending on the docket of the County Court at Law No. 3 of Smith County, Texas. Said motion having been duly considered, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said motion be **granted** and the petition for writ of mandamus be, and the same is, hereby **dismissed**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*